# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137789

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NICOLE A. ECCKLES,
      Defendant-Appellant.

SC: 137789
COA: 287976
Wayne CC: 08-002954

_____/

      On order of the Court, the application for leave to appeal the October 29, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk